IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION,                    )
                               )
                Plaintiff,     )
                               )
        and                    )
                               )
CONNIE STACEY, BEVERLY SANDERS,)        Case No.: 05-cv-4186-JPG
TAMMY THOMPSON, JULIE WOLF and )
GRACE BELLAMY,                 )
                               )
        Plaintiff/Intervenors, )
                               )
        vs.                    )
                               )
J.D. STREETT & COMPANY, INC., d/b/a )
HARRISBURG BP,                 )
                Defendant.     )

## RULE 54(b) JUDGMENT

This matter having come before the Court, the Court having heard the issues, rendered a decision as to some claims, and having determined that there is no just reason for delay in entry of judgment as to those claims

IT IS HEREBY ORDERED AND ADJUDGED that the claims of plaintiff/intervenors Connie Stacey, Beverly Sanders, Tammy Thompson, Julie Wolf and Grace Bellamy in this case against defendant J.D. Streett & Company, Inc. d/b/a Harrisburg BP are dismissed with prejudice.

The remainder of the claims in this case are addressed by a consent decree entered this day.

DATED: **January 25, 2007**                    **NORBERT JAWORSKI**


                                               **s/Brenda K. Lowe**
                                               **Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**